THE STATE EX REL. FELDKAMP, APPELLANT, *v.* EAST
OHIO GAS COMPANY ET AL., APPELLEES.

[Cite as *State ex rel. Feldkamp v. E. Ohio
Gas Co.* (1998), 84 Ohio St.3d 221.]

(No. 97–730—Submitted October 27, 1998—Decided December 30, 1998.)

*Harold Ticktin,* for appellant.

*Buckley, King & Bluso* and *Gary A. Weiss,* for appellee East Ohio Gas Company.

*Betty D. Montgomery,* Attorney General, and *Michael A. Vanderhorst,* Assistant Attorney General, for appellee Industrial Commission.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., not participating.